IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TERRY LYNN BARTON,<br>    Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO.4:06-CV-799-Y |
| GINNY VAN BUREN, Warden,<br>FMC-CARSWELL,<br>    Respondent. | §<br>§<br>§<br>§ | |

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Terry Lynn Barton under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommenda- tion of the United States magistrate judge filed on May 25, 2007; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on June 14, 2007.

The Court, after <u>de novo</u> review, concludes that Terry Lynn Barton's objections must be overruled, for the reasons stated in the respondent's answer at sections II (B) and (D); and that the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be denied, for the reasons stated in the respondent's answer at sections II (A-D), and for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Terry Lynn Barton's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DENIED.

SIGNED June 18, 2007.

                                                TERRY R. MEANS
                                                UNITED STATES DISTRICT JUDGE